# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00358HG-BMK

CASE NAME:       Maui Land & Pineapple Company, Inc., et al. vs. Sullivan Properties, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:     1/12/2006                  TIME:

COURT ACTION:  EO: Dismissal due today.  Counsel has not submitted a Dismissal. The Court will issue an Order dismissing this action and retain jurisdiction to enforce the terms and conditions of settlement.

cc: Law Clerk to Judge Chang

Submitted by: Shari Afuso, Courtroom Manager