IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUI LAND & PINEAPPLE COMPANY, INC., a Hawaii corporation, and KAPALUA LAND COMPANY, LTD., a Hawaii corporation, | ) CIVIL NO. 04-00358 HG-BMK ) ) ORDER CORRECTING JUDGE'S TITLE ) ON DOCUMENT NO. 109 ) "STIPULATED PERMANENT |
| Plaintiffs, | ) INJUNCTION; ORDER" ) |
| vs. | ) AND ) |
| SULLIVAN PROPERTIES, INC.(formerly known as Sullivan & Conlen Inc.), a Hawaii corporation; and ROBERT B. SULLIVAN, | ) DISMISSING ACTION ) ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

<u>ORDER CORRECTING JUDGE'S TITLE ON DOCUMENT NO. 109</u>
<u>"STIPULATED PERMANENT INJUNCTION; ORDER"</u>
<u>AND</u>
<u>DISMISSING ACTION</u>

On December 19, 2005, a Stipulated Permanent Injunction and Order (the "Order") was entered.

"United States Magistrate Judge" was inadvertently placed under the judicial signature line on the Order. The original in the file has been corrected to indicate the undersigned's title, Chief United States District Judge.

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

    IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within thirty days of this order, upon good cause shown, if the settlement conditions have not been satisfied.`

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, February 2, 2006.



_____
Helen Gillmor
Chief United States District Judge

CIVIL NO. 04-00358 HG-BMK; MAUI LAND & PINEAPPLE COMPANY, INC., et al. vs. SULLIVAN PROPERTIES, INC.; ORDER CORRECTING JUDGE'S TITLE ON DOCUMENT NO. 109 "STIPULATED PERMANENT INJUNCTION; ORDER" AND DISMISSING ACTION