AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MAUI LAND & PINEAPPLE COMPANY, INC., a Hawaii corporation, and KAPALUA LAND COMPANY, LTD., a Hawaii corporation<br><br>Plaintiff(s),<br><br>V.<br><br>SULLIVAN PROPERTIES, INC. (formerly known as Sullivan & Conlen Inc.), a Hawaii corporation; and ROBERT B. SULLIVAN<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00358<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 3, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice pursuant to the "Order correcting Judge's Title on Document No. 109 "Stipulated Permanent Injunction; Order" and Dismissing Action", filed on February 3, 2006.

_____February 3, 2006_____    _____SUE BEITIA_____
Date                                              Clerk

                                                    _____
                                                    (By) Deputy Clerk